| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Diane Mae Gregerson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0233<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of California | Date case filed for chapter: 7   3/4/19 |
| Case number: | 19–01230–LT7 | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Diane Mae Gregerson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 451<br>Julian, CA 92036 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Colwell<br>Law Offices of John C. Colwell, a PLC<br>121 Broadway<br>Ste. 533<br>San Diego, CA 92101 | Contact phone 877–663–3287<br>Email drlc@debtclinic.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronald E. Stadtmueller<br>10755 Scripps Poway Pkwy., #370<br>San Diego, CA 92131 | Contact phone 858–564–9310<br>Email:  ecfstadt@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Diane Mae Gregerson**                                                                                      Case number **19–01230–LT7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse 325 West F Street San Diego, CA 92101–6991 | Hours open 9:00am – 4:00pm Contact phone 619–557–5620 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 4, 2019 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/3/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**

Debtor **Diane Mae Gregerson**                                                                                                 Case number **19–01230–LT7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 3/4/19, the following person is named Interim Trustee of the estate of the debtor:

Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/trustee–guidelines–and–additional–requirements

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619–557–5013.

page **3**

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated:  3/5/19                                                                                                                  Southern District of California

```
                          United States Bankruptcy Court
                          Southern District of California
In re:                                                         Case No. 19-01230-LT
Diane Mae Gregerson                                            Chapter 7
        Debtor             CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.              Page 1 of 2           Date Rcvd: Mar 05, 2019
                              Form ID: 309A             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
```
db             +Diane Mae Gregerson,    PO Box  451,    Julian, CA 92036-0451
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
smg             Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
14556691        Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
14556693        Citibank/Goodyear,     Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO  63179-0034
14556694        Dept. 60 Superior Court of CA,    County of San Diego,    330 W Broadway,
                 San Diego, CA  92101-3825
14556697        Joseph Boyle,    PO Box 600321,    San Diego, CA  92160-0321
14556698        Rose Steadman c/o Sharon Steadman,    2724 B St Ste 6,    Julian, CA  92036-9431
14556699        Sharon Steadman,    PO Box 1000,    Julian, CA  92036-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: drlc@debtclinic.com Mar 06 2019 02:46:20      John C. Colwell,
                 Law Offices of John C. Colwell, a PLC,    121 Broadway,    Ste. 533,    San Diego, CA  92101
tr             +EDI: FRESTADTMUELLER.COM Mar 06 2019 07:33:00      Ronald E. Stadtmueller,
                 10755 Scripps Poway Pkwy., #370,    San Diego, CA 92131-3924
smg             EDI: CALTAXFEE Mar 06 2019 07:33:00      California Department of Tax and Fee Administratio,
                 Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA  94279-0029
smg            +EDI: EDD.COM Mar 06 2019 07:33:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 06 2019 07:33:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
ust            +E-mail/Text: ustp.region15@usdoj.gov Mar 06 2019 02:46:37      United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
14556687        E-mail/Text: info@californiaaccountsservice.com Mar 06 2019 02:46:52      Ca Accts Svc,
                 329 Van Houten Ave,    El Cajon, CA  92020-5128
14556688        E-mail/Text: info@californiaaccountsservice.com Mar 06 2019 02:46:52
                 California Accounts Service,    Attn: Bankruptcy,    PO Box 1622,    El Cajon, CA  92022-1622
14556690        EDI: CAPITALONE.COM Mar 06 2019 07:33:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA  23238-1119
14556689        EDI: CAPITALONE.COM Mar 06 2019 07:33:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
14556692        EDI: CAUT.COM Mar 06 2019 07:33:00      Chase Auto Finance,    Attn: Bankruptcy,    PO Box 901076,
                 Fort Worth, TX  76101-2076
14556695        EDI: CITICORP.COM Mar 06 2019 07:33:00      Goodyr/cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
14556696        EDI: IRS.COM Mar 06 2019 07:33:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA  19101-7346
14556920       +EDI: PRA.COM Mar 06 2019 07:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14556700        EDI: RMSC.COM Mar 06 2019 07:33:00      Syncb/Care Credit,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
14556701        EDI: RMSC.COM Mar 06 2019 07:33:00      Syncb/qvc,    PO Box 965005,    Orlando, FL  32896-5005
14556702        EDI: RMSC.COM Mar 06 2019 07:33:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 PO Box 965061,    Orlando, FL  32896-5061
14556703        EDI: RMSC.COM Mar 06 2019 07:33:00      Synchrony Bank/Qvc,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +United States Trustee,    Office of the U.S. Trustee,    880 Front Street,    Suite 3230,
                 San Diego, CA 92101-8897
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0974-3          User: Admin.             Page 2 of 2              Date Rcvd: Mar 05, 2019
                              Form ID: 309A            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              John C. Colwell    on behalf of Debtor Diane Mae Gregerson drlc@debtclinic.com,
               G15002@notify.cincompass.com,dwiedecker@gmail.com,ecf@debtclinic.com
              Ronald E. Stadtmueller    ecfstadt@aol.com,    res@trustesolutions.net;ecfstadt@gmail.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3
```