**Law Offices of John C. Colwell State Bar No. 118532**
**Daniel J. Wiedecker State Bar No. 244210**
**121 Broadway, Ste. 533, San Diego  CA, 92101**
**www.sandiegodebtclinic.com DRLC@debtclinic.com**
**877-663-3287** *FAX(619)338-9215* **Attorneys for Debtor(s)**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 19-01230-LT7 |
| ) | |
| Diane M. Gregerson ) | MOTION TO EXTEND TIME TO FILE |
| ) | SCHEDULES AND STATEMENT OF |
| Debtor(s). ) | AFFAIRS |
| ) | |
| _____ ) | |

Come now debtor(s) by their attorneys The Law Offices of John C. Colwell, a P.L.C., who submit this MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF AFFAIRS AND SCHEDULES:

1. Applicant(s) are the above-named Debtor(s), having filed this Chapter 7 case on 3/4/2019.

2. At the time Applicant(s) filed the Voluntary Petition commencing this case, there was included a list of all of the creditors and addresses, but the filing did not contain a completed nor filed Statement of Financial Affairs and the Schedules of Assets and Liabilities. It appears those remaining documents cannot be supplied by 3/18/2019, the time within which said Statement and Schedules must be filed in accordance with Bankruptcy Rule 1007(c)).

3. Applicant(s) and the attorney, John C. Colwell, will be unable to coordinate and organize the information necessary to complete the required documents by the stated filing deadline due to the quantity and presentation difficulties in obtaining the required information and presenting it in time.

4. Applicant(s) expect to have all necessary information to enable the complete preparation of the aforementioned documents by 03/28/2019 and desires an extension of time until such date within which to complete and file the Statement of Financial Affairs and

/ / /

Schedules of Assets and Liabilities, as necessary. The first §341a has been set for 4/4/2019, 7 days thereafter.

5. There has been an appointment of Ronald E. Stadtmueller, Ch. 7 Trustee in this case and the required LBR 9034-1 request for statement of position is being circulated and will be filed.

WHEREFORE, Applicant(s) pray(s) that an Order be made and entered herein extending to and until 03/28/2019, the date by which Applicant's Statement of Financial Affairs and Schedules of Assets and Liabilities  must be filed with this Court and for such other and further relief as the Court may deem just and proper.

Dated:_ March 18, 2019_____    ___/S/ John C. Colwell _____

Law Offices of John C. Colwell, a PLC, by John C. Colwell, Attorneys for Debtor(s)