NRO
09/08

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Diane Mae Gregerson**
 PO Box 451
Julian, CA 92036
xxx–xx–0233
*No Known Aliases*

Case number:  19–01230–LT7
Chapter:  7
Judge  Laura S. Taylor

## Memo re Order: Request for further documentation or further action

Your proposed order **ORDER ON NON–CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY FILED ON BEHALF OF SHARON STEADMAN** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑  Aty/Debtor(Pro Se)/Movant contacted on **4/4/19**

via       ☐  Tel/Voice Mail       ☐  Email          ☑  Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**     **1) Order is premature, please resubmit after the opposition period expires.**
**2) If motion is regarding an unlawful detainer, please use the correct Order form CSD 1165.**
**3) The RS number provided on the order doesn't match the notice at docket 25 or motion at docket 24. Please edit.**
**4) Please complete the page numbering, total number of pages and related motion docket entry number where indicated on page 1.**
**5) On page 2 line 2, please provide the correct date of motion filing, 4/2/19.**
**6) On page 2 line 4, please provide the notice docket entry no. where indicated.**
**7) On page 2 line 5, please provide the correct service date of 4/1/19.**
**8) On page 2, please provide the legal description where indicated.**

 Dated: 4/4/19

Barry K. Lander
Clerk of the U.S. Bankruptcy Court

```
                    United States Bankruptcy Court
                    Southern District of California
```

In re:                                                    Case No. 19-01230-LT
Diane Mae Gregerson                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3        User: Admin.        Page 1 of 1        Date Rcvd: Apr 04, 2019
                           Form ID: nro         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
aty            +Roseanna Miani,   2776 Gateway Rd,   Carlsbad, CA 92009-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
          John C. Colwell    on behalf of Debtor Diane Mae Gregerson drlc@debtclinic.com,
           G15002@notify.cincompass.com,dwiedecker@gmail.com,ecf@debtclinic.com
          Ronald E. Stadtmueller   ecfstadt@aol.com,   res@trustesolutions.net;ecfstadt@gmail.com
          United States Trustee   ustp.region15@usdoj.gov
                                                                        TOTAL: 3