# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | DIANE MAE GREGERSON |
| **Case Number:** | 19-01230-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, APRIL 25, 2019 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # RM-2 FILED ON BEHALF OF SHARON STEADMAN

### Appearances:

DANIEL WIEDECKER, ATTORNEY FOR DIANE MAE GREGERSON
ROSEANNA MIANI, ATTORNEY FOR SHARON STEADMAN

### Disposition:

Granted, stay conditioned pending receipt of additional evidence as set forth on the record. The 14-day stay is waived to allow the State Court matter to proceed so long as a decisional hearing is not held within 14-days of the order entry.

Lodged Order to be submitted by Ms. Miani.