CSD 1500 (07/01/18)
Name, Address, Telephone No. & I.D. No.

Roseanna Miani  SBN 236950
39252 Winchester Road #107-184
Murrieta, CA  92563
Counselor7112@hotmail.com
951-741-1833

FILED

2019 MAY -1  AM 11: 35

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
DIANE MAE GREGERSON
                                                Debtor.

BANKRUPTCY NO. 19-01230-LT7

Sharon Steadman

☐ Plaintiff(s) (Adv)
☑ Movant(s) (RS)

ADVERSARY NO.
RS NO. RS-RM2

v.
Diane Mae Gregerson

☐ Defendant(s) (Adv)
☑ Respondents(s)(RS)

Date of Hearing: April 25, 2019
Time of Hearing: 10:00 am
Name of Judge: Laura S. Taylor

"VIA FAX"

## NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

On April 25, 2019, the undersigned party lodged with the court a proposed ORDER on MOTION FoR Relief of Automatic Stay,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed ORDER on MOTION FoR Relief of Automatic Stay,

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED: April 25, 2019

Roseanna Miani
☐ Party  ☑ Attorney for Movant

*Roseanna Miani*

CSD 1500 [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, Roseanna Miani, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 30, 2019, I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 25, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☑ Chapter 7 Trustee: Ronald E Stadtmueller, 10755 Scripps Poway Pkwy., #370 San Diego, CA 92101

   ☑ For Chpt. 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☐ For ODD numbered Chapter 13 cases:
   THOMAS H. BILLINGSLEA, JR., TRUSTEE
   Billingslea@thb.coxatwork.com

   ☐ For EVEN numbered Chapter 13 cases:
   DAVID L. SKELTON, TRUSTEE
   admin@ch13.sdcoxmail.com
   dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

   On April 30, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:
   1. John C Colwell, Law Offices of John C. Colwell, a PLC 121 Broadway, Ste 533, San Diego, CA 92101
   2. Trustee: Ronald E Stadtmueller, 10755 Scripps Poway Pkwy., #370, San Diego, CA 92131
   3. Diane Mae Gregerson, PO Box 451 Julian, CA 92036
   4. United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101

CSD 1500

CSD 1500 [07/01/18] (Page 3)

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   April 30, 2019
              (Date)

Roseanna Miani, Esq.    *Roseanna Miani*
(Typed Name and Signature)

39252 Winchester Rd., #107-184
(Address)

Murrieta, CA 92563
(City, State, ZIP Code)

CSD 1500

# EXHIBIT A

**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Roseanna Miani
39252 Winchester Rd #107-184
Murrieta, CA 92563

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>DIANE MAE GREGERSON<br><br>Debtor. | BANKRUPTCY NO. 19-01230-LT7 |
| Sharon Steadman<br><br>Movant(s) | RS NO. RM-2 |
| v.<br>DIANE MAE GREGERSON<br><br>Respondent(s) | Date of Hearing: 04/25/2019<br>Time of Hearing: 10:00 am<br>Name of Judge: Laura S Taylor Dept 3 |

## ORDER ON
## MOTION FOR RELIEF FROM STAY

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with exhibits, if any, for a total of __14__ pages. Motion/Application Docket Entry No. _____.

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1159A (Page 2)
ORDER ON MOTION FOR RELIEF FROM STAY
DEBTOR: DIANE MAE GREGERSON

CASE NO: 19-01230-LT7
RS NO.: RM-2

Relief from Stay pursuant to Code 4018 (a) (3) contingent upon providing to court sufficient proof of Standing of Sharon Steadman to maintain this action. Said proof is described as a Declaration of Sharon Steadman along with a Grant Deed consistent with the interest stated.

CSD 1159A